**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Darnell McLEAN,**
**Defendant–Appellant.**

No. 02–7240.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 2, 2002.

Anthony Darnell McLean, Appellant Pro Se. William Edward Fitzpatrick, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony D. McLean seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that McLean has not made a substantial showing of the denial of a constitutional right. *See United States v. McLean,* Nos. CR–00–116; CA–02–659–A (E.D. Va. filed May 31, 2002 & entered June 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*